Mabel G. Rothschild, Doing Business under the Firm Name and Style of Yonkers Security Company, Respondent, v. George Eickemeyer and Others, Defendants, Impleaded with Henry L. Twine and Albert M. Keene, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Benoit Wasserman, Appellant, v. Markert Realty Company, Inc., and Others, Defendants, and John C. Judge, Referee, Respondent.— Order modified by reducing the referee's compensation to fifty dollars, and as modified affirmed, with ten dollars costs and disbursements to the plaintiff, appellant. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Grace Williams, an Infant, by Michael Williams, Her Guardian ad Litem, Respondent, v. Yellow Taxicab Company, Appellant.— Judgment and order unanimously affirmed, with costs. The case was for the jury. The court did not err in its refusal to grant the motion recorded at